[No. 49468-6-I. Division One. February 3, 2003.]

JAMES MARK JOHNSON, *Respondent*, v. THE TOVA CORPORATION, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-2-50198-5, William L. Downing, J., entered March 26, April 27, June 4, July 6 and 30, and October 2, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Ellington, JJ.

[No. 49491-1-I. Division One. February 3, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. YONAS ASGEDOM WELDU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10053-8, Douglass A. North, J., entered October 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50474-6-I. Division One. February 3, 2003.]

TIFFANY SHUGAR, *Appellant*, v. JEFF ANDERSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-05957-2, Richard J. Thorpe, J., entered April 18, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20138-4-III. Division Three. February 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DOUGLAS GRANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-1-00190-2, Rebecca M. Baker, J., entered April 20, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.